THOMAS J. SMITH v. HOWARD D. SMITH, JR.

April 10, 1984.

Petition for certification denied.

CLAUDE WRIGHT, JR. v. BOARD OF EDUCATION OF THE
CITY OF EAST ORANGE, ESSEX COUNTY.

April 10, 1984.

Petition for certification granted.[a]   (See 194 *N.J.Super.* 181)

JOSEPH MOGAR v. BOROUGH OF PAULSBORO.

April 10, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. LACY WILLIAMS.

April 10, 1984.

Petition for certification denied.